## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **DCX-CHOL ENTERPRISES, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Nos. 20-1612C; 21-1005C; |
| | ) | 21-1281C (Consolidated) |
| **THE UNITED STATES,** | ) | (Chief Judge Kaplan) |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

### DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 7-day enlargement of time within which to respond to the plaintiff's amended complaint (ECF No. 22). The United States' response is currently due on June 25, 2021. The extension would bring the date for responding to the answer to July 2, 2021. This is the defendant's first request for an enlargement of time for this purpose. Counsel for the United States contacted plaintiff's counsel, who stated that plaintiff does not oppose this motion.

We respectfully submit that good cause supports this motion. Due to family-related medical issues, counsel for defendant has been accompanying his wife to the hospital on multiple occasions over the past week. Accordingly, despite his best efforts, counsel requires additional time to prepare a response to the complaint and obtain supervisory approval for the filing of such response.

For these reasons, the defendant respectfully requests that the Court grant defendant's motion for an enlargement of time of 7 days, up to and including July 2, 2021, within which to respond to the plaintiff's complaint.

                                      Respectfully submitted,

                                      BRIAN M. BOYNTON
                                      Acting Assistant Attorney General

                                      MARTIN F. HOCKEY, JR.
                                      Acting Director

                                      /s/ Patricia M. McCarthy
                                      PATRICIA M. MCCARTHY
                                      Assistant Director

                                      /s/ Bret R. Vallacher
                                      BRET R. VALLACHER
                                      Trial Attorney
                                      Commercial Litigation Branch
                                      Civil Division
                                      Department of Justice
                                      P.O. Box 480
                                      Ben Franklin Station
                                      Washington, D.C.  20044
                                      Telephone: (202) 616-0465
                                      Facsimile: (202) 305-2062
                                      Email: bret.r.vallacher@usdoj.gov

June 23, 2021                              *Attorneys for Defendant*